### IN RE WILL OF MARK WALTON.

(Filed 28 September, 1949.)

CAVEATORS' appeal from *Bone, J.,* February Term, 1949, BERTIE Superior Court.

*Herman L. Taylor for caveators, appellants.*

*J. B. Davenport, J. W. Parker, and J. A. Pritchett for propounders, appellees.*

PER CURIAM. The heirs at law of Mark Walton, deceased, filed a caveat to his will and it was offered for probate in solemn form. An issue as to mental capacity of the testator, and the usual issue of *devisavit vel non* were submitted, and both answered favorably to the propounders. From the ensuing judgment caveators appeal, assigning error in the admission of evidence and in the charge of the court.

Full consideration has been given to the exceptions and they are found to be without merit.  The judgment is, therefore,

Affirmed.